**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony M. Daniele　　　　　　　　　　　CHAPTER 13
　　　　　Lisa L. Daniele

　　　　　　　　Debtor(s)　　　　　　　　　　　BKY. NO. 20-14200 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ *Rebecca Solarz*
　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　02 Nov 2020, 11:59:59, EST

　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　	　　　　　　　　　　(215) 627-1322

Document ID: d680075b99ed6d661d43fa1c92a5049df5a27bfcfc24b9c468a435957091f1d9