# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Anthony M. Daniele  Bankruptcy No. 20- 14200
and
Lisa L. Daniele

Debtors                    Chapter 13

## CERTIFICATION OF SERVICE

    Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **January 14, 2021** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the First Amended Plan to all creditors on the Matrix, Clerk's Service List and Parties or Entities that have entered an appearance.

    The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon, Esquire
Diana M. Dixon, Esquire