United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14200-mdc |
| Anthony M. Daniele | Chapter 13 |
| Lisa L. Daniele | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 25, 2021 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony M. Daniele, Lisa L. Daniele, 1777 Guinea Lane, Warrington, PA 18976-1308 |
| 14553775 | + | American Heritage Fed Cred Card, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14553778 | | Capital One Auto Finance, 3905 N. Dallas Parkway, Monterey Park, CA 91754 |
| 14553782 | + | Costco, PO Box 34331, Seattle, WA 98124-1331 |
| 14553783 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14553784 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14553787 | | Lendmark Financial Services, 42 E. Germantown Pike, Norristown, PA 19401-1512 |
| 14555907 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14555507 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14572722 | + | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-4053 |
| 14553789 | + | RoundPoint Mortgage Servicing Corp., PO Box 19789, Charlotte, NC 28219-9789 |
| 14570083 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14558385 | + | RoundPoint Mortgage Servicing Corporation, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553791 | + | Viriva Community Credit Union, 157 York Road, Warminster, PA 18974-4514 |
| 14553792 | + | Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14553776 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 26 2021 01:09:26 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555313 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 26 2021 01:13:10 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14563962 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 26 2021 01:13:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14561086 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 26 2021 01:09:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14553779 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2021 01:04:00 | Comenity Bank (Bon Ton), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14553780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2021 01:04:00 | Comenity Bank (New York & Co.), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14566793 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 01:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14553781 | | Email/Text: bk@freedomfinancialnetwork.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Feb 26 2021 01:03:00 | Consolidation Plus, PO Box 2340, Phoenix, AZ 85002-2340 |
| 14553784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:11:21 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14559120 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 26 2021 01:04:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14553785 |  | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 26 2021 01:04:00 | Hyundai Motor Finance, Customer Service, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14563887 |  | Email/Text: ktramble@lendmarkfinancial.com | Feb 26 2021 01:03:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14553788 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2021 01:04:00 | Midland Credit Management, PO Box 60578, Suite 200, Los Angeles, CA 90060-0578 |
| 14569376 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 01:09:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14570631 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 01:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14553790 |  | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:13:06 | Synchrony Bank (Pay Pal), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14553777 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14553786 | * | Hyundai Motor Finance, Customer Service, PO Box 20829, Fountain Valley, CA 92728-0829 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2021                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DIANA M. DIXON | on behalf of Debtor Anthony M. Daniele dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Joint Debtor Lisa L. Daniele dianamdixonesq@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 25, 2021 | Form ID: 155 | Total Noticed: 30 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony M. Daniele and Lisa L. Daniele

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14200−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this February 25, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

25 − 12
Form 155