LOCAL BANKRUPTCY FORM 9014-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANTHONY M. DANIELE and | : | |
| LISA L. DANIELE | : | |
| Debtor(s) | : | BANKRUPTCY NO. 20-14200-mdc |

MOTION OF LENDMARK FINANCIAL SERVICES, LLC
FOR RELIEF FROM AUTOMATIC STAY

*****************************

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Lendmark Financial Services, LLC has filed Motion for Relief From Automatic Stay with the court to lift the automatic stay as to Lendmark's loan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 03/29/2021 you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    U.S. Bankruptcy Court
    Eastern District of Pennsylvania
    Attn: Clerk of Courts
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

**Fox and Fox Attorneys at Law, PC**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**706 One Montgomery Plaza**
**Airy and Swede Streets**
**Norristown, PA  19401**
**Telephone: (610) 275-7990**
**Facsimile: (610) 275-2866**
**cfox@foxandfoxlaw.com**

[If applicable, name and address of others to be served.]

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Motion is scheduled to be held before Honorable Magdeline D. Coleman on 04/06/2021, at 10:30 a.m. in Courtroom #2, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA  19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.

Date:

Trustee:
William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105