**Fox and Fox Attorneys at Law, PC**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**700 E. Main Street, Suite 200**
**Norristown, PA  19401**
**Telephone: (610) 275-7990**
**Facsimile: (610) 275-2866**
**cfox@foxandfoxlaw.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANTHONY M. DANIELE and | : | |
| LISA L. DANIELE | : | |
| Debtor(s) | : | BANKRUPTCY NO. 20-14200-mdc |

## PRAECIPE TO WITHDRAW MOTION OF LENDMARK FINANCIAL SERVICES, LLC FOR RELIEF FROM AUTOMATIC STAY

To the Clerk:

Kindly withdraw, without prejudice, the Motion for Relief from Automatic Stay filed by Lendmark Financial Services, LLC ("Lendmark").

                                        FOX AND FOX ATTORNEYS AT LAW, P.C.

                                  BY: _/s/ Craig H. Fox_
                                      Fox and Fox Attorneys at Law, PC
                                      By: Craig H. Fox, Esquire
                                      Attorney I.D. #49509
                                      700 E. Main Street, Suite 200
                                      Norristown, PA  19401
                                      Telephone: (610) 275-7990
                                      Facsimile: (610) 275-2866
                                      cfox@foxandfoxlaw.com