**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ANTHONY M. DANIELE | CHAPTER 13 |
| LISA L. DANIELE | |
| Debtor(s) | BKY. NO. 20-14200 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ **Mark A. Cronin**
                              Mark Cronin
                              15 Nov 2023, 12:56:16, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322