**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Anthony M. Daniele<br>and<br>Lisa L. Daniele | Bankruptcy No. 20- 14200 |
| Debtors | Chapter 13 |

**CERTIFICATION OF SERVICE**

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on November 4, 2024, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail or by electronic means, a copy of the Motion to Modify the Plan Post Confirmation as well as the Notice, Response Deadline and Hearing Date to the creditors on the matrix, all parties in interest and on the service list as well as all creditors who entered an appearance and to the following:

Kenneth E. West, Trustee
PO Box 40837
Philadelphia, PA  19107

Office of the United States Trustee
Robert N C Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Anthony M. & Lisa L. Daniele
1777 Guinea Lane
Warrington, PA  18976

Lavin, Cedrone, Graver, Boyd & DiSipio
ATTN: Regina Cohen, Esq.
190 North Independence Mall West
6th and Race Streets
Philadelphia, PA  19106

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon, Esq.</u>
Diana M. Dixon, Esq.
107 N. Broad Street   Suite 307
Doylestown, PA  18901
215-534-1258