IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LISA L. DANIELE AND ANTHONY M. DANIELE | CASE NO.: 20-14200-AMC |
| Debtors | STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. | |
| Movant | |
| vs | |
| LISA L. DANIELE AND ANTHONY M. DANIELE | |
| Respondents | |
| and | |
| KENNETH E. WEST | |
| Trustee | |

**ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

By the Court, _____
Ashely M. Chan
United States Bankruptcy Judge

Dated: November 12, 2024