## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Anthony M. Daniele and Lisa L. Daniele | Bankruptcy No. 20- 14200 |
| Debtors | Chapter 13 |

### CERTIFICATION OF SERVICE

    Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **November 19, 2024** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Second Modified Plan Post Confirmation to all creditors, parties in interest and all parties or entities on the service list and the Trustee.

    The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                    S/Diana M. Dixon, Esquire
                                                    Diana M. Dixon, Esquire