**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Anthony M. Daniele and Lisa L. Daniele | Bankruptcy No. 20-14200 |
| Debtors | Chapter 13 |

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Plan Post Confirmation **(Doc. #55)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Second Modified Plan Post Confirmation **(Doc. # 63)** is **APPROVED**.

**Date:** Dec. 6, 2024

_____
**Ashely M. Chan**
**U.S. CHIEF BANKRUPTCY JUDGE**