**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Anthony M. Daniele and Lisa L Daniele** | :Bankruptcy No. 20-14200 |
| **Debtors** | |
| **Freedom Mortgage Corporation** | : Chapter 13 |
| **Movant** | |
| v. | |
| **Anthony M. Daniele and Lisa L Daniele** | |
| **Respondents** | |

**CERTIFICATION OF SERVICE**

Diana M. Dixon, Attorney for the Debtors in the above-captioned matter hereby verifies that on December 9, 2024 she did serve by first class mail or by electronic means, a copy of Debtor's Answer to Motion for Relief from Automatic Stay to the following persons at the addresses listed below:

Kenneth E. West, Esq. (Trustee)
PO Box 40837
Philadelphia, PA  19107

Brock & Scott, PLLC
ATTN: Andrew Spivack, Esq.
3825 Forrestgate Drive
Winston Salem, NC  27103
andrew.spivack@brockandscott.com

United States Trustee
900 Market Street
Room 229
Philadelphia, PA 19107-4228

Anthony M. & Lisa L. Daniele
1777 Guinea Lane
Warrington, PA  18976

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 PA C.S. 4904, relating to unsworn falsification to authorities.

                                                               S/Diana M. Dixon
                                                                **DIANA M. DIXON**
                                                                Attorney for Debtors
                                                                107 North Broad Street    Suite 307
                                                                Doylestown, PA 18901