## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Anthony M. Daniele    Bankruptcy No. 20-14200
and
Lisa L. Daniele

Debtors    Chapter 13

## ORDER

**AND NOW,** this _____ day of _____, 2024 upon consideration of Debtors' Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2

It is Ordered that Fees in the amount of $1,000.00 are Approved for Diana M. Dixon, Esq. in relation to services rendered for modifying the plan post confirmation.

Upon approval of the Supplemental Fee Application, the Trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

**Date: December 13, 2024**

_____

Ashely M. Chan

CHIEF U.S. BANKRUPTCY JUDGE