## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>ANTHONY M DANIELE AND LISA L DANIELE<br>　　　Debtors | Case No. 20-14200-amc |
| Freedom Mortgage Corporation,<br>　　　Movant | Chapter 13 |
| vs.<br>ANTHONY M DANIELE AND LISA L DANIELE<br>　　　Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this _____ day of _____, 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: February 21, 2025**

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

ANTHONY M DANIELE
1777 GUINEA LANE
WARRINGTON, PA 18976

LISA L DANIELE
1777 GUINEA LANE
WARRINGTON, PA 18976

DIANA M DIXON
107 N. BROAD STREET
SUITE 307
DOYLESTOWN, PA 18901

Kenneth E West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107