Certificate Number: 15317-PAE-DE-040233279

Bankruptcy Case Number: 20-14200



15317-PAE-DE-040233279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2025, at 8:49 o'clock PM PDT, Anthony Daniele completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 23, 2025            By:   /s/Marvin Dela Cruz

Name:  Marvin Dela Cruz

Title:   Credit Counselor