**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Anthony M. Daniele<br>and<br>Lisa L. Daniele | Bankruptcy No. 20-14200 |
| Debtors | Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, certify that on January 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:.

Documents: Application for Compensation
        Proposed Order
        Notice of Application for Compensation
        2016 (b) Statement

I certify under penalty of perjury that the above document was sent using the mode of service indicated

Date: January 11, 2026        S/Diana M. Dixon, Esquire
                                              Diana M. Dixon, Esquire #34808
                                              107 N. Broad Street
                                              Suite 307
                                              Doylestown, PA  18901
                                              215-534-1258
                                              Email: dianamdixonesq@gmail.com

Mailing List Exhibit (Check all that apply). If via email, include email address.

Name: Kenneth West
Address: 190 Independence Mall West, Suite 701, Philadelphia, PA  19106
Relationship of Party: Standing Chapter 13 Trustee
Via:     ____1st Class Mail        ____Certified Mail        ____Email      __X__CM/ECF

Name: Office of the United States Trustee
Address: Robert N.C. Nix Fed. Cthse, 900 Market Street, Suite 320, Phila., PA  19107
Relationship of Party; US Trusteee
Via:     ____1st Class Mail        ____Certified Mail        ____Email      __X__CM/ECF

Name: Anthony and Lisa Daniele
Address: 1777 Guinea Lane, Warrington, PA  18976
Relationship of Party: Debtors
Via:    __X__1st Class Mail        ____Certified Mail        ____Email      ____Other

Name: Capital One Finance
Address: 3905 N. Dallas Parkway, Monterey Park, CA  91754
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email      ____CM/ECF

Name: Lendmark Financial Services
Address: 2118 Usher Street, Covington, GA  3014
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email      ____Other

Name: RoundPoint Mortgage Servicing Corp.
Address: PO Box 19789, Charlotte, NC  28219-9409
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email      ____Other

Name: American Heritage Federal Credit Union
Address: 2060 Red Lion Road, Philadelphia, PA  19115
Relationship of Party: Creditor
Via:    __X__1st Class Mail        ____Certified Mail        ____Email      ____Other

Name: Comenity Bank (Bon Ton)
Address: Bank. Dept., PO Box 182125, Columbus, OH  43128
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Capital One
Address: PO Box 30285, Salt Lake City, UT  84130
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Capital One
Address: PO Box 30281, Salt Lake City, UT  84130
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Comenity Bank – (New York & C0,)
Address: Bankruptcy Dept., PO Box 182125, Columbus, OH  43218
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Consolidation Plus
Address: PO Box 2340, Phoenix, AZ  85002
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Costco
Address: PO Box 34331, Seattle, WA  98124
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Home Depot Credit Services
Address: PO Box 790328, Saint Louis, MO  63179
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email        ____Other

Name: Synchrony Bank (Pay Pal)
Address: Bank. Dept., PO Box 965060, Orlando, FL  32896
Relationship of Party: Creditor

Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Viriva Community Credit Union
Address: 157 York Road, Warminster, PA  18974
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Capital One Auto Finance
Address: 4515N. Santa Fe Ave., Dept. APS, Oklahoma City, Oklahoma, PA  73118
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Andrew L. Spivak, Esq., Brock & Scott, PLLC
Address: 302 Fellowship Road, Suite 130, Mount Laurel, NJ  08054
Relationship of Party: Creditor's Attorney
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Freedom Mortgage Corp.
Address: 10500 Kincaid Drive, Fishers, IN  46037
Relationship of Party: Creditor
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Mark A. Cronin, Esq.
Address: McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Phila., PA  19106
Relationship of Party: Creditor's Attorney
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Craig H. Fox, Esq.
Address: Fox and Fox, 700 E. Main Street, Suite 200, Norristown, PA  19401
Relationship of Party: Creditor's Attorney
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other


Name: Denise E. Carlon, Esq.
Address: KML Law Group, 701 Market Street, Suite 5000, Phila. PA  19106
Relationship of Party: Creditor's Attorney
Via:    __X__1st Class Mail         ____Certified Mail         ____Email         ____Other

Name: First National Bank of Omaha
Address: 1620 Dodge Street, Stop Code 3129, Omaha Nebraska, 68197
Relationship of Party: Creditor
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Midland Credit Management, Inc.
Address: PO Box 2037, Warren, MI  48090
Relationship of Party: Collection Agency
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Hyundai Lease Titling Trust
Address: PO Box 20809, Fountain Valley, CA  92728
Relationship of Party: Creditor
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Department Stores National Bank c/o Quantum3 Group
Address: , LLC  PO Box 657, Kirkland, WA  98083
Relationship of Party: Collection Agency
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Portfolio Recovery Services, LLC
Address: PO Box 41067, Norfolk, VA  23541
Relationship of Party: Collection Agency
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Freedom Mortgage Corp.
Address: 11988 Exit 5 Parkway Building 4, Fishers, IN  46037
Relationship of Party: Creditor
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Quantum3 Group, LLC as agent for Comenity Bank
Address: PO Box 788, Kirkland, WA  98983
Relationship of Party: Collection Agency
Via:  __X__1st Class Mail         ____Certified Mail         ____Email        ____Other


Name: Purchasing Power, LLC
Address: 2727 Paces Ferry Road, SE, Bldg. 2, Suite 1200, Atlanta, GA  30339
Relationship of Party: Creditor

Via:   __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: Watson & Allard, PC
Address: 24 Regency Plaza, Glen Mills, PA  19342
Relationship of Party: Creditor's Attorney
Via:   __X__1st Class Mail        ____Certified Mail        ____Email        ____Other

Name:
Address:
Relationship of Party: Creditor
Via:   __X__1st Class Mail        ____Certified Mail        ____Email        ____Other