UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony M. Daniele and Lisa L. Daniele  Debtors | Bankruptcy No. 20-14200  Chapter 13 |

ORDER APPROVING COUNSEL FEES

**AND NOW**, this _____ day of _____, 2026, upon consideration of the statement of services rendered by Diana M. Dixon, Esquire, Counsel for Debtors, it is **ORDERED** and **DECREED** that the fee claimed of **$4,000.00** is approved as fair, reasonable and necessary in connection with the above Bankruptcy case and in accordance with Bankruptcy Rule 2002 and Bankruptcy Code Section 330.

_____
Derek J. Baker
United States Bankruptcy Judge
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

**Date: February 4, 2026**