**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ANTHONY M. DANIELE |
| Debtor 2 (Spouse, if filing) | LISA L. DANIELE |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-14200-DJB |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made  12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 6 7

**Property Address:** 1777 GUINEA LANE
Number    Street

WARRINGTON    PA    18976
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 24,135.49 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 24,135.49 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 24,135.49 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date  02/09/2026

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia    PA    19106
City    State    ZIP Code

Contact phone  (215) 627-1377      Email  info@ph13trustee.com

| Debtor 1 | **ANTHONY M. DANIELE** | | Case Number **20-14200-DJB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 03/08/2021 | 2523166 | Disbursement To Creditor/Principal | 1,860.18 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 04/09/2021 | 2524658 | Disbursement To Creditor/Principal | 972.92 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 05/10/2021 | 2526230 | Disbursement To Creditor/Principal | 972.91 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 06/09/2021 | 2527697 | Disbursement To Creditor/Principal | 972.92 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 07/09/2021 | 2529154 | Disbursement To Creditor/Principal | 972.91 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 08/09/2021 | 2530581 | Disbursement To Creditor/Principal | 972.91 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 09/09/2021 | 2531997 | Disbursement To Creditor/Principal | 972.93 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 10/08/2021 | 3000792 | Disbursement To Creditor/Principal | 972.90 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 11/09/2021 | 3002182 | Disbursement To Creditor/Principal | 972.92 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 12/09/2021 | 3003521 | Disbursement To Creditor/Principal | 972.91 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 01/10/2022 | 3004801 | Disbursement To Creditor/Principal | 972.91 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 02/07/2022 | 3006126 | Disbursement To Creditor/Principal | 972.93 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 03/07/2022 | 3007361 | Disbursement To Creditor/Principal | 972.91 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 04/12/2022 | 3008766 | Disbursement To Creditor/Principal | 1,008.82 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 05/11/2022 | 3010119 | Disbursement To Creditor/Principal | 984.89 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 06/09/2022 | 3011371 | Disbursement To Creditor/Principal | 984.88 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 07/12/2022 | 3012663 | Disbursement To Creditor/Principal | 984.88 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 08/16/2022 | 3013596 | Disbursement To Creditor/Principal | 984.89 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 09/08/2022 | 3014795 | Disbursement To Creditor/Principal | 984.88 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 10/11/2022 | 3015931 | Disbursement To Creditor/Principal | 984.89 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 11/15/2022 | 3017194 | Disbursement To Creditor/Principal | 984.88 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 12/13/2022 | 3018502 | Disbursement To Creditor/Principal | 984.89 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 01/10/2023 | 3019732 | Disbursement To Creditor/Principal | 984.88 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 02/08/2023 | 3020919 | Disbursement To Creditor/Principal | 727.55 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 02/14/2023 | 3020919 | Cancelled Check To Creditor/Principal | -727.55 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 03/09/2023 | 3022148 | Disbursement To Creditor/Principal | 727.55 |
| | | | | | **Total for Claim Number 11:** | **24,135.49** |

**Total for Part 3 - b (Prepetition Arrears):**    **24,135.49**