United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-14200-djb
Anthony M. Daniele  Chapter 13
Lisa L. Daniele
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 09, 2026     Form ID: 138OBJ     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony M. Daniele, Lisa L. Daniele, 1777 Guinea Lane, Warrington, PA 18976-1308 |
| 14553775 | + | American Heritage Fed Cred Card, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14553778 | | Capital One Auto Finance, 3905 N. Dallas Parkway, Monterey Park, CA 91754 |
| 14831470 | + | FREEDOM MORTGAGE CORPORATION, C/O Mark A. Cronin, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14804256 | + | Freedom Mortgage Corporation, C/O Ryan Starks, Esquire, Brock & Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14553787 | | Lendmark Financial Services, 42 E. Germantown Pike, Norristown, PA 19401-1512 |
| 14588947 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14553789 | + | RoundPoint Mortgage Servicing Corp., PO Box 19789, Charlotte, NC 28219-9789 |
| 14558385 | + | RoundPoint Mortgage Servicing Corporation, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553791 | + | Viriva Community Credit Union, 157 York Road, Warminster, PA 18974-4514 |
| 14553792 | + | Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14553782 | | Email/Text: CostcoBankruptcyNotices@costco.com | Feb 10 2026 00:17:00 | Costco, PO Box 34331, Seattle, WA 98124 |
| 14553776 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 00:18:18 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555313 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 00:18:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14563962 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 00:18:08 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14561086 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2026 00:18:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14553779 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2026 00:17:00 | Comenity Bank (Bon Ton), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14553780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2026 00:17:00 | Comenity Bank (New York & Co.), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14566793 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 10 2026 00:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14553783 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 10 2026 00:17:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14555507 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 10 2026 00:17:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14553781 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 10 2026 00:17:00 | Consolidation Plus, PO Box 2340, Phoenix, AZ 85002-2340 |
| 14705807 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 10 2026 00:17:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-8022 |
| 14553784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 00:18:19 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14559120 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 10 2026 00:17:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14553785 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 10 2026 00:17:00 | Hyundai Motor Finance, Customer Service, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14563887 | | Email/Text: bk@lendmarkfinancial.com | Feb 10 2026 00:17:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14553788 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2026 00:17:00 | Midland Credit Management, PO Box 60578, Suite 200, Los Angeles, CA 90060-0578 |
| 14555907 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2026 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14569376 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2026 00:18:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14572722 | + | Email/Text: bankruptcy@purchasingpower.com | Feb 10 2026 00:17:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 14570631 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2026 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14570083 | | Email/Text: bankruptcy@roundpointmortgage.com | Feb 10 2026 00:17:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14553790 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2026 00:18:08 | Synchrony Bank (Pay Pal), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14553777 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14804257 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-8022 |
| 14553786 | * | Hyundai Motor Finance, Customer Service, PO Box 20829, Fountain Valley, CA 92728-0829 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 20-14200-djb  Doc 101  Filed 02/11/26  Entered 02/12/26 00:40:00  Desc
Imaged Certificate of Notice   Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 09, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Anthony M. Daniele dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Joint Debtor Lisa L. Daniele dianamdixonesq@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*Form 138OBJ* (6/24)–doc 100 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Anthony M. Daniele<br><br>  Lisa L. Daniele<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−14200−djb<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 9, 2026

For The Court

Mohung Wong
Clerk of Court