United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                     Case No. 20-14200-djb

Anthony M. Daniele                                                                              Chapter 13

Lisa L. Daniele

　　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID                        Recipient Name and Address**
db/jdb                    +  Anthony M. Daniele, Lisa L. Daniele, 1777 Guinea Lane, Warrington, PA 18976-1308

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name                        Email Address**

ANDREW L. SPIVACK
                          on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com
                          wbecf@brockandscott.com

CRAIG H. FOX
                          on behalf of Creditor Lendmark Financial Services  LLC bankruptcy@foxandfoxlaw.com,
                          cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

DIANA M. DIXON
                          on behalf of Joint Debtor Lisa L. Daniele dianamdixonesq@gmail.com

DIANA M. DIXON
                          on behalf of Debtor Anthony M. Daniele dianamdixonesq@gmail.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 23, 2026                 Form ID: 195                                    Total Noticed: 1

MARIO J. HANYON
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                    mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
                    matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
                    matthew.fissel@brockandscott.com

REGINA COHEN
                    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 13


Anthony M. Daniele and Lisa L. Daniele              : Case No. 20–14200–djb
          Debtor(s)


***ORDER***
_____


   AND NOW, this day , April 22, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                   By The Court

                                   Derek J Baker
                                   Judge, United States Bankruptcy Court


                                                              Form 195